UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-01713-SSS-AJR | Date | August 6, 2025 |
| Title | *Islam Dzhatdoev v. Kristi Noem et al.* | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):
None Present                          None Present

**Proceedings:** **(IN CHAMBERS) ORDER REQUIRING RESPONSE TO PETITIONER'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE BY AUGUST 7 AT 5 PM [DKT. 5]**

The Court is in receipt of Petitioners' *ex parte* Application for Temporary Restraining Order ("TRO") and Order to Show Cause. [Dkt. 5]. Any Opposition to the Temporary Restraining Order must be filed by August 7, 2025, at 5:00 PM in accordance with the requirement set in Appendix C of the Local Rules. C.D. Cal. R. Appendix C.

Upon review, the Court will determine whether it will be appropriate to schedule a hearing.

**IT IS SO ORDERED**.