UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.     8:25-cv-01713-SSS-AJR               Date:  August 18, 2025
                                                 Page 1 of 2

Title:    Islam Dzhatdoev v. Kristi Noem, et al.

DOCKET ENTRY:     **ORDER DIRECTING THE PARTIES TO MEET AND CONFER ON NEXT STEPS AND FILE A STATUS REPORT**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

       None Present                                 None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On August 2, 2025, Petitioner Islam Dzhatdoev ("Petitioner"), represented by counsel, filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (the "Petition"). (Dkt. 1.)  On August 6, 2025, Petitioner filed an Ex Parte Application for Temporary Restraining Order and Order to Show Cause (the "TRO Application"). (Dkt. 5.)  On August 7, 2025, Respondents Kristi Noem, Secretary of the Department of Homeland Security, Pamel Bondi, Attorney General, Todd Lyons, Acting Los Angeles Field Officer Director of Immigration and Customs Enforcement, and Immigration and Customs Enforcement (collectively, "Respondents") filed an Opposition to the TRO Application (the "Opposition"). (Dkt. 7.)  On August 11, 2025, Petitioner filed a Reply to the Opposition (the "Reply"). (Dkt. 9.)  On August 12, 2025, Respondents lodged supporting documentation with the Court for *in camera* review.  (Dkt. 11.)  On August 15, 2025, the District Judge issued an Order Denying Petitioner's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause.  (Dkt. 13.)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    8:25-cv-01713-SSS-AJR                    Date: August 18, 2025
                                                     Page 2 of 2

Title:    Islam Dzhatdoev v. Kristi Noem, et al.

    This action is referred to the undersigned U.S. Magistrate Judge for preliminary matters. (Dkt. 2.) Applications for temporary restraining orders are expressly carved out of the referral to Magistrate Judges under Central District General Order 05-07. Now that the District Judge has ruled on the TRO Application, the undersigned would typically set a briefing schedule for Respondents to file a responsive pleading (either an Answer or Motion to Dismiss). However, before the Court issues its standard scheduling order in habeas actions, the Court wants to give the parties an opportunity to meet and confer and suggest their preferred next steps in the action. Therefore, the Court directs the parties to file a joint status report by September 1, 2025 setting forth their respective positions on next steps in the case as well as proposed dates.

    IT IS SO ORDERED.