# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.     8:25-cv-01713-SSS-AJR | Date:  September 2, 2025 |
| | Page 1 of 2 |

Title:     Islam Dzhatdoev v. Kristi Noem, et al.

---

**DOCKET ENTRY:     SCHEDULING ORDER**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS)**

On August 2, 2025, Petitioner Islam Dzhatdoev ("Petitioner"), represented by counsel, filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (the "Petition"). (Dkt. 1.)  On August 6, 2025, Petitioner filed an Ex Parte Application for Temporary Restraining Order and Order to Show Cause (the "TRO Application"). (Dkt. 5.)  On August 7, 2025, Respondents Kristi Noem, Secretary of the Department of Homeland Security, Pamel Bondi, Attorney General, Todd Lyons, Acting Los Angeles Field Officer Director of Immigration and Customs Enforcement, and Immigration and Customs Enforcement (collectively, "Respondents") filed an Opposition to the TRO Application (the "Opposition"). (Dkt. 7.)  On August 11, 2025, Petitioner filed a Reply to the Opposition (the "Reply"). (Dkt. 9.)  On August 12, 2025, Respondents lodged supporting documentation with the Court for *in camera* review. (Dkt. 11.)  On August 15, 2025, the District Judge issued an Order Denying Petitioner's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause. (Dkt. 13.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.     8:25-cv-01713-SSS-AJR          Date: September 2, 2025
                                             Page 2 of 2

Title:       Islam Dzhatdoev v. Kristi Noem, et al.

      On August 18, 2025, the Court issued an Order Directing the Parties to Meet and Confer on Next Steps and File a Status Report. (Dkt. 15.) On August 29, 2025, the parties filed a Joint Status Report. (Dkt. 18.) Based on the Court's review of the Joint Status Report, the Court sets a deadline of **October 2, 2025** for Petitioner to file an amended habeas petition. Respondents shall then have **30 days from Petitioner's filing** of an amended petition to file a responsive pleading. If Respondents file a motion to dismiss the habeas petition as they say they intend to, Petitioner shall have **30 days to file an opposition** and then Respondents will have **14 days to file an optional reply**. If Respondents instead answer the amended petition on the merits, then Petitioner shall have **30 days to file an optional reply**.

      Petitioner also states that he intends to seek relief from the Court to obtain a copy of the evidence submitted to the District Judge by Respondents for *in camera* review. (Dkt. 18 at 2.) It is unclear from the Joint Status Report when Petitioner intends to seek relief from the Court or whether Petitioner wants to litigate this issue before filing his amended petition. Therefore, if Petitioner (or Respondents) wants the Court to modify the deadlines set forth above, he should meet and confer with Respondents and if they can agree, file a stipulation to modify deadlines. If the parties cannot agree on any requested modification, either side can send a joint email to chambers requesting an informal status conference (AJR_Chambers@cacd.uscourts.gov), which the Court will schedule to occur by video.

      IT IS SO ORDERED.