# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 8:25-cv-01713-SSS-AJR | Date | September 17, 2025 |
|---|---|---|---|
| Title | Islam Dzhatdoev v. Kristi Noem, et al. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|

| Claudia Garcia-Marquez | CS 9/17/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
|---|---|
| Jana May Whalley<br>Emma Zurcher Burgoon<br>Laura Jeanne Lively<br>Jenna Gilbert<br>Helen Boyer | Erhan Bedestani<br>Ruth Ann Mueller |

**Proceedings:**   MINUTES OF INFORMAL DISCOVERY VIDEOCONFERENCE

On September 17, 2025, the Court held an informal discovery conference to discuss certain discovery disputes. Petitioner intends to file a motion seeking access to the intelligence packet that was provided to the District Judge *in camera* as part of the briefing on the prior request for a temporary restraining order. Petitioner shall file this motion no later than the deadline for Petitioner to file his reply in response to Respondent's responsive pleading. Respondent shall then have 30 days to file an opposition, and Petitioner shall have 14 days to file a reply. The Court will then take the matter under submission without a hearing unless one of the parties requests a hearing or the Court has questions for the parties. See C.D. Cal. L.R. 7-15.

IT IS SO ORDERED.

00:21