ERHAN BEDESTANI (MN Bar No. 0504824)
erhan.bedestani2@usdoj.gov
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7451
Fax: (202) 305-7000

Attorney for Respondents

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ISLAM DZHATDOEV, | Case No. 8:25-CV-01713-SSS-AJR |
|---|---|
| Petitioner, | |
| v. | |
| KRISTI NOEM, in her official capacity As Secretary of Homeland Security, *et al*. | **ORDER TO UNOPPOSED STIPULATION TO EXTEND TIME TO RESPONSE TO PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| Respondents. | |

1

The Court, having considered Respondents' Motion, hereby **GRANTS** the Motion and **ORDERS** as follows:

1. Respondents will file their response to Petitioners Motion for a Temporary Restraining Order no later than 12 PM Pacific Standard Time on Tuesday, October 14, 2025.

IT IS SO ORDERED.

DATED:     October 14, 2025          BY: _____
                                              SUNSHINE S. SYKES
                                              UNITED STATES DISTRICT JUDGE