UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAM DZHATDOEV,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; PAM BONDI, ATTORNEY GENERAL; IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, ACTING LOS ANGELES FIELD OFFICE DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, ERNESTO SANTACRUZ JR., LOS ANGELES FIELD OFFICE DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; AND JAMES JANECKA, WARDEN OF THE ADELANTO IMMIGRATION AND CUSTOMS ENFORCEMENT PROCESSING CENTER<br><br>Respondents. | Case No. 8:25-CV-01713-SSS-AJR<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING CONTINUANCE OF RESPONDENTS' DEADLINE TO FILE A RESPONSE TO PETITIONER'S SUPPLEMENTAL BRIEF ISO TEMPORARY RESTRAINING ORDER** |

Order Granting Joint Stipulation Requesting Continuance of Respondents' Deadline to File a Response to Petitioner's Supplemental Brief; Case No. 8:25-CV-01713-SSS-AJR

1

The Court, having considered the Parties' Joint Stipulation, hereby **ORDERS** as follows:

1. Respondents will file their response to Petitioner's Supplemental Brief in Support of the Motion for a Temporary Restraining Order no later than 12 noon PST on Thursday, October 30, 2025.

**IT IS SO ORDERED.**

Dated: October 28, 2025

SUNSHINE. S. SYKES
United States District Judge