UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-01713-SSS-AJR | Date | October 31, 2025 |
| Title | *Islam Dzhatdoev v. Kristi Noem et al* | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | RS-CS-2 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Laura Jeanne Lively Babashoff | Ruth Ann Mueller |
| Jana May Whalley | Richard Ingebretsen |

**Proceedings:   ZOOM (CONTINUED) HEARING RE:  PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER [Dkt. No. 25]**

Counsel state their appearances. Plaintiff's counsel informs the Court of the recent developments regarding the release of the minor child and requests a brief recess to allow counsel time to obtain further details. After conferring with counsel regarding the request, the Court directs the parties to return at 2:30 p.m.

The Court recalls the case at 2:30 p.m. Plaintiff's counsel reports to the Court that the child was successfully released and placed with the sponsor. For the reasons stated on the record, the Court **DENIES** the motion [Dkt. No. 25] **as moot**.

**IT IS SO ORDERED.**

Time: 00:06
Initials of Preparer: iv