JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ISLAM DZHATDOEV,

          Petitioner,

   v.

MARKWAYNE MULLIN,[1] ET AL.,

          Respondents.

Case No. 8:25-cv-01713-SSS-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents shall release Petitioner from custody unless they provide a bond hearing within fourteen (14) days at which the Government bears the burden of proof by clear and convincing evidence to show that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community. Any evidence Respondents intend to rely upon at the

[1] Markwayne Mullin was sworn in as the Secretary of the Department of Homeland Security ("DHS") on March 24, 2026, and is therefore substituted as a named respondent pursuant to Federal Rule of Civil Procedure 25(d).

hearing must be disclosed to Petitioner in compliance with both regulatory and due process requirements no later than seven (7) days before the hearing. Respondents must file a notice of compliance explaining how they complied with this Order no later than three (3) days after the bond hearing.

DATED: April 30, 2026

HON. SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE

2