UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAM DZHATDOEV,<br><br>   Petitioner,<br><br> v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, et al.<br><br>   Respondents. | Case No. 8:25-CV-01713-SSS-AJR<br><br><br>**ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

After considering the stipulation of the parties, the request to extend the deadline for Respondents to file a response to Plaintiffs' motion from August 7, 2026 until September 11, 2026, is **GRANTED.**

**IT IS SO ORDERED.**

Dated: August 3, 2026

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE